**The following constitutes**
**the order of the court. Signed March 05, 2010**

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

1  Ja Vonne M. Phillips, Esq. SBN 187474
   Charles M. Standard, Esq. SBN 160720
2  **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (619) 685-4800
   Fax (619) 685-4810
5

6  Attorney for: Secured Creditor,
   EMC Mortgage Corporation as servicing agent
7  for Wells Fargo Bank, National Association, as
   Trustee for the Certificateholders of Structured
8  Asset Mortgage Investments II Inc., GreenPoint
   Mortgage Funding Trust 2005-AR4, Mortgage
9  Pass-Through Certificates, Series 2005-AR4,
   assigns and/or successors
10

11

12              UNITED STATES BANKRUPTCY COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

16  In re:                          ) Case No. 09-57782 E
                                     )
17  Lorenzo Cabrera                  ) Chapter   13
18  Maria Cabrera                    )
                                     ) RS No.    BRI-4804
19        Debtors.                   )
                                     ) **ORDER ON MOTION FOR RELIEF**
20                                   ) **FROM AUTOMATIC STAY**
                                     )
21                                   )
                                     ) Date:  1/20/2010
22                                   ) Time:  10:00 AM
23                                   ) Ctrm:  3099
                                     ) Place: 280 S. First Street
24                                   )        San Jose, CA
                                     )
25                                   ) Judge:  ROGER L. EFREMSKY
26  _____ )

27        The motion of Secured Creditor, EMC Mortgage Corporation as servicing agent for

28  Wells Fargo Bank, National Association, as Trustee for the Certificateholders of Structured

29
                                                    File No. CA-09-12856
                                          1         Order on Motion for Relief From Stay
                                                    Case No. 09-57782 E

1 Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR4, Mortgage

2 Pass-Through Certificates, Series 2005-AR4, assigns and/or successors, for relief from the

3 automatic stay came on regularly for hearing by the Court on the date, time and place set forth

4 above, before the Honorable ROGER L. EFREMSKY. EMC Mortgage Corporation as servicing

5 agent for Wells Fargo Bank, National Association, as Trustee for the Certificateholders of

6 Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR4,

7 Mortgage Pass-Through Certificates, Series 2005-AR4, assigns and/or successors in interest,

8 appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Brielyn Sesko,

9 Esq. All other appearances are as noted in the court record.

10 Upon reading the papers and pleadings on file herein, and upon hearing oral argument

11 and based on the evidence presented, the Court rules as follows:

12 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

13 provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of

14 Movant, EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National

15 Association, as Trustee for the Certificateholders of Structured Asset Mortgage Investments II

16 Inc., GreenPoint Mortgage Funding Trust 2005-AR4, Mortgage Pass-Through Certificates,

17 Series 2005-AR4, assigns and/or successors in interest, in the real property commonly known as

18 428 Colfax Drive, San Jose, CA 95123. IT IS FURTHER ORDERED that Movant may complete

19 its foreclosure of said real property and proceed with post-foreclosure remedies, including any

20 unlawful detainer action, in accordance with applicable law.

21 IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule

22 4001(a)(3) is waived upon relief.

23

24 **\*\* END OF ORDER \*\***

25

26

27

28

29

2

File No. CA-09-12856
Order on Motion for Relief From Stay
Case No. 09-57782 E

**COURT SERVICE LIST**

DEBTOR
Lorenzo Cabrera
6114 Ashburton Drive
San Jose, CA 95151

Maria Cabrera
6114 Ashburton Drive
San Jose, CA 95123

COUNSEL FOR DEBTOR
Ben E. Dupre
2005 De La Cruz Blvd. #203
Santa Clara, CA 95050

TRUSTEE
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150

GE Money Bank
c/o Recovery Management Systems Corporation
Attn: Ramesh Singh
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

c/o Melodie A. Whitson
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92117

BAC
c/o Miles T. Domeyer, Esq.
MILES, BAUER, BERGSTROM, & WINTERS, LLC
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

File No. CA-09-12856
Order on Motion for Relief From Stay
Case No. 09-57782 E